**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| **Case Number:** | 20-16792 RAM | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| **Case Name:** | Odyssey Leasing LLC | **Filed (f) or Converted (c):** | 01/14/22 (c) |
| | | **§341(a) Meeting Date:** | 02/22/22 |
| **Period Ending:** | 03/31/22 | **Claims Bar Date:** | 03/31/22 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Preferred Bank Operating Account 4039 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Preferred Bank Operating Account 3032 | Unknown | 0.00 | | 0.00 | FA |
| 3 | . Capitalized Interest - Preferred | 136,315.00 | Unknown | | 0.00 | Unknown |
| 4 | CFM56-3C1 Aircraft Engine; Serial Numbers #723227, #724890,  #857116 , #858332, #720102, #858440, #856479, #858267, #858418, #720631, CF6-80C2 Aircraft Engine, Serial Numbers# 706383, #702643 ABANDONED PER ECF 559 | 9,500,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | Internet domain names and websites www.odysseyleasing.aero | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Customer lists, mailing lists, or other compilations | 0.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$9,638,161.44** | **$0.00** | | **$0.00** | **$0.00** |

**Major activities affecting case closing:**
CBD: 3/31/22
TAX RETURN STATUS: NONE REQUIRED AT THIS TIME

CASE STATUS: THIS CASE RECENTLY CONVERTED FROM A CHAPTER 11.  THE TRUSTEE HIRED DREW DILLWORTH, ESQ. TO REPRESENT THE ESTATE.

**Initial Projected Date of Final Report (TFR):** March 31, 2024          **Current Projected Date of Final Report (TFR):** March 31, 2024

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case